IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
FRED TURNER, Administrator   )
for the Estate of Lawrence   )
Turner, deceased,            )
                             )
     Plaintiff,              )
                             )    CIVIL ACTION NO.
     v.                      )      2:22cv624-MHT
                             )          (WO)
JOHN HAMM, Alabama Prison    )
Commissioner; et al.,        )
                             )
     Defendants.             )
```

**JUDGMENT**

Upon consideration of defendant John Hamm's motion to dismiss, which is unopposed, and for good cause shown, it is the ORDER, JUDGMENT, and DECREE of the court that the motion (Doc. 15) is granted, all claims against defendant John Hamm are dismissed with prejudice, and he is terminated as a party to this action. All claims against all other defendants remain.

It is further ORDERED that costs are taxed against plaintiff's counsel.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 19th day of December, 2022.

                                  /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**