IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
FRED TURNER, Administrator  )
for the Estate of Lawrence  )
Turner, deceased,           )
                            )
      Plaintiff,            )
                            )      CIVIL ACTION NO.
      v.                    )       2:22cv624-MHT
                            )          (WO)
PATRICE JONES, Warden of    )
Bullock Correctional        )
Facility; and DAVID LAMAR,  )
Warden of Bullock           )
Correctional Facility;      )
each named in his/her       )
individual capacity,        )
                            )
      Defendants.           )
```

ORDER

Defendants Patrice Jones\* and David Lamar have filed a motion to dismiss in which they argue, *inter alia*, that the complaint against them is a shotgun pleading. Without expressing any view as to the motion's merits, the court will afford plaintiff an

---

\* The clerk of court shall correct the docket to reflect the correct first name of defendant Patrice Jones, which was incorrectly stated as "Patricia" in the complaint. *See* Motion to Dismiss (Doc. 18) at 1, n.1.

opportunity to cure the purported pleading defects should he wish to.  Plaintiff may file an amended complaint in lieu of a response to the motion, in accordance with Federal Rule of Civil Procedure 15(a)(1)(B).

If plaintiff timely files an amended complaint, the court will deny the motion to dismiss as moot, without prejudice.  If plaintiff does not timely file an amended complaint, plaintiff must file a response to the motion, and the court will decide the motion.

***

Accordingly, it is ORDERED that plaintiff shall file either an amended complaint or a response to the motion to dismiss (Doc. 18) by January 9, 2023.  If plaintiff elects to file a response to the motions, defendants' reply brief shall be due by January 13, 2023, and the motion shall be set for submission, without oral argument, on that date.

DONE, this the 19th day of December, 2022.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE