IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
FRED TURNER,                    )
Administrator for the           )
Estate of Lawrence              )
Turner, deceased,               )
                                )
     Plaintiff,                 )
                                )   CIVIL ACTION NO.
     v.                         )     2:22cv624-MHT
                                )          (WO)
JEFFERSON S. DUNN,              )
Alabama Prison                  )
Commissioner; et al.,           )
                                )
     Defendants.                )
```

ORDER

Defendant Jefferson S. Dunn has filed a motion to strike or, alternatively, dismiss plaintiff Fred Turner's amended complaint based in part on insufficient service of process (Doc. 38). Plaintiff initially served Dunn with the correct summons but included the wrong complaint, thereby failing to meet the requirements of Federal Rule of Civil Procedure 4(c). In his response brief (Doc. 42), plaintiff asserts that he has since corrected the error by serving the correct complaint.

However, plaintiff has not filed a return of service with the court or otherwise submitted proof that Dunn has been properly served. Without such proof, the court cannot determine whether service of the corrected complaint was timely under Federal Rule of Civil Procedure 4(m).

Accordingly, it is ORDERED that by March 10, 2025, plaintiff shall file a completed proof-of-service form and/or other competent evidence of when defendant Jefferson S. Dunn was served with the summons and the proper complaint.

DONE, this the 24th day of February, 2025.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE