IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| FRED TURNER,<br>Administrator for the<br>Estate of Lawrence<br>Turner, deceased, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO.<br>2:22cv624-MHT<br>(WO) |
| JEFFERSON S. DUNN,<br>Alabama Prison<br>Commissioner; et al., | ) ) ) ) | |
| Defendants. | ) | |

DISMISSAL ORDER

Upon consideration of plaintiff's stipulation to the dismissal of all claims against defendant Jefferson S. Dunn (Doc. 70), it is ORDERED that defendant Dunn's motion to dismiss (Doc. 63) is granted, all claims against defendant Dunn are dismissed, and he is terminated as a party to this action.

This case is not closed.

DONE, this the 18th day of August, 2025.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE